RAJ V. ABHYANKER, California SBN 233284
Email: raj@legalforcelaw.com
WENSHENG MA, California SBN 299961
Email: vincent@legalforcelaw.com

LEGALFORCE RAPC WORLDWIDE, P.C.
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040
Telephone:   (650) 965-8731
Facsimile:    (650) 989-2131

Attorneys for Plaintiffs,
LegalForce RAPC Worldwide, P.C. and
LegalForce, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C.; and LEGALFORCE INC., <br><br> Plaintiffs, <br><br> V. <br><br> TRADEMARKS INFORMATION INTERNATIONAL LLC.; NICHOLAS GREENSIDE; STEPHEN W. ERICKSON; ROGERS, SHEFFIELD & CAMPBELL, LLP; and DOES 1-50, INCLUSIVE <br><br> Defendants. | Case No.  5:17-cv-07354-BLF <br><br> **PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION** <br><br> Dept.:     Courtroom 3 <br> Judge:    Honorable Beth Labson Freeman |

Plaintiffs filed the original complaint on December 28, 2017 (ECF 1) and alleged one federal claim under the Federal Trade Commission Act ("FTCA") and two California state law claims. Therefore, this Court has subject matter jurisdiction under federal question.

On March 8, 2018, Plaintiffs voluntarily dismissed the federal claim under FTCA. ECF 19. Instead, Plaintiffs now include a federal claim under the Lanham Act in the First Amended Complaint, which has been filed to this Court as a matter of right.

Thus, this Court retains subject matter jurisdiction of this case under federal question.

Dated: March 23, 2018

Respectfully submitted,
LEGALFORCE RAPC WORLDWIDE P.C.

/s/ Raj Abhyanker
Raj V. Abhyanker (233,284)
Attorney for Plaintiffs: LegalForce RAPC Worldwide, P.C. and LegalForce, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 23, 2018

Respectfully submitted,
LEGALFORCE RAPC WORLDWIDE P.C.

/s/  Raj Abhyanker
Raj V. Abhyanker (233,284)
Attorney for Plaintiffs: LegalForce RAPC Worldwide, P.C. and LegalForce, Inc.