1  RAJ V. ABHYANKER, California SBN 233,284
   Email: raj@legalforcelaw.com
2  WENSHENG MA, California SBN 299,961
   Email: vincent@legalforcelaw.com
3
4  **LEGALFORCE RAPC WORLDWIDE P.C.**
   1580 W. El Camino Real, Suite 10
5  Mountain View, CA 94040
6  Telephone:   (650) 965-8731
   Facsimile:   (650) 989-2131
7
8  Attorneys for Plaintiffs,
   LegalForce RAPC Worldwide, P.C. and
9  LegalForce, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C.; and<br>LEGALFORCE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>TRADEMARKS INFORMATION INTERNATIONAL LLC.; NICHOLAS GREENSIDE; STEPHEN W. ERICKSON; ROGERS, SHEFFIELD & CAMPBELL, LLP; and DOES 1-50, INCLUSIVE<br><br>Defendants. | Case No.: 5:17-cv-07354-BLF<br><br>**NOTICE OF APPEARANCE** |

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THIS COURT:

PLEASE TAKE NOTICE that Wensheng Ma of LegalForce RAPC Worldwide, P.C. hereby enters his appearance as co-counsel of record for Plaintiffs LegalForce RAPC Worldwide, P.C. and LegalForce, Inc. This notice shall not be deemed a waiver of any rights or defenses by any party, including, but not limited to, the right of any Defendant to raise jurisdiction issues, to file any motions to dismiss, or to object to any discovery requests on any grounds, and shall in no way constitute an appearance for the purpose of personal jurisdiction over any party.

All notices given or required to be given, and all papers filed or served, or required to be served, in the above-captioned matter should be provided to and served upon counsel at the address set forth below:

Wensheng (Vincent) Ma
LegalForce RAPC Worldwide, P.C.
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040
Telephone:   (650) 965-8731
Facsimile:    (650) 989-2131
Email:           vincent@legalforcelaw.com

Dated: March 23, 2018

Respectfully submitted,
LEGALFORCE RAPC WORLDWIDE P.C.

/s/  Wensheng Ma
Wensheng Ma (299961)
Attorneys for Plaintiffs: LegalForce RAPC Worldwide, P.C. and LegalForce, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 23, 2018

                                      ___/s/ Raj Abhyanker_____
                                      Raj V. Abhyanker
                                      California State Bar No. 233,284
                                      Attorney for Plaintiffs:
                                      LegalForce RAPC Worldwide, P.C. and
                                      LegalForce, Inc.