UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAJ ABHYANKER, ET AL.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TRADEMARKS INFORMATION INTERNATIONAL LLC,<br><br>　　　　Defendant. | Case No. 17-cv-07354-BLF<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED AT ECF 31**<br><br>[Re: ECF 31] |

On March 9, 2018, the Court issued an order to show cause why this case should not be dismissed ("Order to Show Cause") for lack of subject matter jurisdiction. ECF 31. Plaintiffs filed a timely response to the Order to Show Cause. ECF 36. In the response, Plaintiffs state that they have now filed a first amended complaint as a matter of right and that the amendment includes a federal claim under the Lanham Act. *Id.* For this reason, Plaintiffs argue that the Court retains subject matter jurisdiction over this case. *Id.* Defendant has not filed a response to the Order to Show Cause by the March 23, 2018 deadline set by the Court. The Court is satisfied with Plaintiffs' response to the Order to Show Cause. Accordingly, the Order to Show Cause is hereby DISCHARGED.

**IT IS SO ORDERED.**

Dated: March 26, 2018

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge