RAJ V. ABHYANKER, California SBN 233,284
Email: raj@legalforcelaw.com
WENSHENG MA, California SBN 299,961
Email: vincent@legalforcelaw.com

**LEGALFORCE RAPC WORLDWIDE, P.C.**
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040
Telephone:  (650) 965-8731
Facsimile:    (650) 989-2131

Attorneys for Plaintiffs,
LegalForce RAPC Worldwide, P.C., and
LegalForce, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C.; and<br>LEGALFORCE, INC.,<br><br>            Plaintiffs,<br><br>     v.<br><br>TRADEMARKS INFORMATION INTERNATIONAL LLC.; NICHOLAS GREENSIDE; STEPHEN W. ERICKSON;<br>ROGERS, SHEFFIELD & CAMPBELL, LLP; and DOES 1-50, INCLUSIVE,<br><br><br>            Defendants. | Case No.:  3:17-cv-07354-MMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF LAWSUIT** |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

1. Plaintiffs hereby dismisses this lawsuit voluntarily against all defendants.

2. Dismissal shall only be without prejudice with each side to bear its own costs and fees.

Respectfully submitted this **June 14, 2018**.

LEGALFORCE RAPC WORLDWIDE P.C.

/s/ Raj V. Abhyanker
Raj V. Abhyanker
California State Bar No. 233,284
Attorney for Plaintiffs:
LegalForce RAPC Worldwide, P.C., and
LegalForce, Inc.